**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.buynnnproperties.com/cvs/



**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.buynnnproperties.com/cvs/

