## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Connecticut

Case Number: 3:24-CV-00307-KAD

Plaintiff:
**CHRISTOPHER SADOWSKI**

vs.

Defendant:
**GCT COMMERCIAL SERVICES, LLC**

For:
CRAIG SANDERS
SANDERS LAW GROUP
333 Earle Ovington Boulevard
Suite 402
Uniondale, NY 11553

Received by Gotcha Legal Service on the 29th day of March, 2024 at 5:39 pm to be served on **GCT COMMERCIAL SERVICES, LLC, 9160 FORUM CORPORATE PKWY, 350, FORT MYERS, FL 33905-7805**.

I, Jennifer Wahl, CPS #157446, being duly sworn, depose and say that on the **4th day of April, 2024** at **12:40 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT WITH EXHIBITS, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION, NOTICE TO COUNSEL AND SELF-REPRESENTED PARTIES**, with the date and hour of service endorsed thereon by me, to: **MARUSA CLARKE** as **AGENT** for **GCT COMMERCIAL SERVICES, LLC**, at the alternate address of: **14116 PINE LODGE LN., FORT MYERS, FL 33913-9472**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
4/1/2024 2:00 pm Attempted service at 9160 FORUM CORPORATE PKWY, 350, FORT MYERS, FL 33905-7805 This is Regus Executive Suites. I spoke with the receptionist who looked on their system and said that this company does not rent a space from them. Unable to serve at this address.
4/4/2024 12:40 pm Attempted service at 14116 PINE LODGE LN., FORT MYERS, FL 33913-9472, residential address - served Marusa Clarke

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Caucasian, Height: 5'8", Weight: 160, Hair: Light Brown, Glasses: N

PURSUANT TO FLORIDA STATUTE 92.525, I ACKNOWLEDGE THAT I AM CERTIFIED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHERE THIS PROCESS WAS SERVED, HAVE NO INTEREST IN THE ABOVE ACTION, AND AM OF LEGAL AGE. UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.

Subscribed and sworn to before me on ____9th____ day of ____April____, 2024 by the affiant who is personally known to me.

Notary Public

Jennifer Wahl, CPS #157446
Certified Process Server

Gotcha Legal Service
P.O. Box 840324
Pemboke Pines, FL 33084
(954) 274-1337

Our Job Serial Number: CIZ-2024006534

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2u



# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**CHRISTOPHER SADOWSKI,**

V.

**SUMMONS IN A CIVIL CASE**

**GCT COMMERCIAL SERVICES, LLC,**

CASE NUMBER: **3:24−CV−00307−KAD**

TO: **GCT Commercial Services, LLC**
Defendant's Address:

DATE: 4/4/24
TIME: 12:40 pm
SERVER: J.W.
ID# CPS 157446

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Craig B. Sanders**
**Sanders Law Group**
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ − N. Fanelle
_____
*Signature of Clerk or Deputy Clerk*



GOTCHA LEGAL SERVICES, INC.
P.O. BOX 840324
PEMBROKE PINES, FL 33084
954-270-4597 • FAX 954-964-4734
www.gotchalegalservices.com

ISSUED ON 2024−03−12 11:01:06, Clerk USDC CTD