AO 121 (Rev. 06/16)

| TO: | | |
|---|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United Stated District Court - District of Connecticut |
| **DOCKET NO.** 3:24-cv-00307-KAD | **DATE FILED** 3/6/2024 |
| **PLAINTIFF**<br>Christopher Sadowski | **DEFENDANT**<br>GCT Commercial Services, LLC<br>doing business as<br>NNN Deal Finder |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☑ Order   ☐ Judgment | ☐ Yes   ☑ No | 6/18/2024 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Dinah Milton Kinney | /s/ Kristen Gould | 6/18/2024 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# U.S. District Court

## District of Connecticut

### Notice of Electronic Filing

The following transaction was entered on 6/18/2024 at 4:17 PM EDT and filed on 6/18/2024
**Case Name:**  Sadowski v. GCT Commercial Services, LLC
**Case Number:**  [3:24-cv-00307-KAD](#)
**Filer:**
**Document Number:** 26(No document attached)

**Docket Text:**
**ORDER CLOSING CASE. This case has been reported settled. Rather than continue to keep the case open on the docket, the Clerk of Court is directed to close the file administratively without prejudice to reopening on or before August 1, 2024. If the parties wish to file a stipulation of dismissal (for approval by the Court or simply for inclusion in the Court's file), they may do so on or before August 1, 2024. The dates set forth in this Order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.**

**Signed by Judge Kari A. Dooley on 6/18/2024. (Haider, S)**