UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>GCT COMMERCIAL SERVICES, LLC,<br><br>Defendant. | Case No: 3:24-cv-00307-KAD |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: July 15, 2024

| **SANDERS LAW GROUP** | **WHITMYER IP GROUP LLC** |
|---|---|
| By: */s Craig Sanders* <br>Craig Sanders, Esq.<br>333 Earle Ovington Blvd, Suite 402<br>Uniondale, NY 11553<br>Tel: (516) 203-7600<br>Email: csanders@sanderslaw.group<br>File No.: 126238<br>*Attorneys for Plaintiff* | By: s/Alan Harrison <br>Alan Harrison, Esq.<br>600 Summer Street,<br>Stamford, CT 06903<br>Tel: (203) 703-0800<br>Email: litigation@whipgroup.com<br>*Attorneys for Defendant* |